JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOHAMED AHMAD JOUDEH

Plaintiff,

v.

MERCEDES-BENZ USA, LLC,

Defendant.

Case No. 2:19-CV-04574-AB-(JPRx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 16, 2020     _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE